UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
            V.           )          CRIMINAL NO. 2000-M-00105-LPC
                         )
SAMUEL REYES             )

### GOVERNMENT'S STATUS REPORT AND MOTION FOR LEAVE TO FILE LATE

The government respectfully request leave to file this status report, required by this Court's February 7, 2005 Conditional Order of Dismissal, after the March 3, 2005 deadline established by the Court's order.   In this status report, the government asks that this Court not dismiss the complaint in this matter because the statute of limitations has not yet run, and the complaint charges a crime of sexual violence against the person of another.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

March 7, 2005