UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 00-MJ-105-LPC |
| | ) | |
| SAMUEL REYES | ) | |

APPEARANCE OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                By:  /s/ Timothy Q. Feeley
                     TIMOTHY Q. FEELEY
April 20, 2008          Assistant U.S. Attorney
                     (617) 748-3172