UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.   ) | CRIMINAL NO. 00-MJ-0105-LPC |
| ) | |
| SAMUEL REYES   ) | |

### DISMISSAL OF COMPLAINT

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the complaint against defendant Samuel Reyes. As grounds therefor, the government states that the defendant has never been arrested on the warrant issued by this Court, and the statute of limitations for the offense charged in the complaint has now expired. Accordingly, further prosecution of the within complaint would not be in the interests of justice.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ Timothy Q. Feeley
    TIMOTHY Q. FEELEY
    Assistant U.S. Attorney
    (617) 748-3172

April 20, 2008
Leave To File Granted:

_____

United States Magistrate Judge

Date:  _____